UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60457-CIV-DIMITROULEAS

JESSICA MOTTA, individually and on behalf
of all others similarly situated,

    Plaintiffs,

vs.

L'OREAL USA, INC., a Delaware corporation
and L'OREAL USA PRODUCTS, INC., a
Delaware corporation,

    Defendants.
_____/

## ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice [DE-27], filed herein on April 27, 2011. The Court has carefully considered the Notice and is otherwise fully advised in the premises. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order "before the opposing party serves either an answer or a motion for summary judgment," as is the case here.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Notice of Voluntary Dismissal Without Prejudice [DE-27] is hereby **APPROVED**;

2. This action is hereby **DISMISSED with prejudice**;

3. The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 28th day of April, 2011.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record